

U.S. Department of Justice
Federal Bureau of Prisons

Reentry Services Division

*Washington, DC 20534*

NOV 08 2019

MEMORANDUM FOR ALL CEOs

FROM:  Hugh J. Hurwitz, Assistant Director
Reentry Services Division

M.D. Carvajal, Assistant Director
Correctional Programs Division

SUBJECT:  First Step Act Needs Assessment

The First Step Act of 2018 requires the Bureau to implement a Risk and Needs Assessment System (RNAS) that both determines the individual risk an inmate will recidivate and identifies the programs which will address the needs for that inmate. The Prisoner Assessment Tool Targeting Estimated Risk and Needs (PATTERN) is the tool selected by the Attorney General to assess an inmate's risk. Unit Management staff are being trained to use PATTERN. This memo provides information on how to add needs information to the risk and needs assessment process and refer inmates to appropriate programs.

The need areas to be assessed are:

| | |
|---|---|
| Anger/Hostility | Finance/Poverty |
| Antisocial Peers | Medical |
| Cognitions | Mental Health |
| Dyslexia | Recreation/Leisure/Fitness |
| Education | Substance Abuse |
| Family/Parenting | Trauma |
| Work | |

Our current practices already include needs assessment in many of the above areas. To enhance our process and make it more objective, we are adding brief screening tools to the intake assessment that will assist with program recommendations.

Attachment A describes new screening measures to be addressed as part of the FSA assessment process and provides instructions for administering these instruments.

Attachment B provides information about which programs address a specific need. Staff can use this chart to assist in setting goals and recommending programs. Inmates may continue to volunteer for programs not listed in the chart, but only the attached programs will count for the purposes of addressing identified needs.

Inmates will receive their PATTERN risk scores by January 15, 2020. By that date, all sentenced inmates who have been in Bureau custody over 28 days should also have completed the needs assessment process described in this memo. Dyslexia screening of the current inmate population will be completed no later than the inmate's next scheduled Unit Team meeting.

Many of the needs assessments described in this memo are already completed on all inmates at intake, and staff are not required to reassess those needs at this time.

Wardens must allow staff involved in the needs assessment process adequate time during duty hours to complete the screening. This may mean staff are excused from other non-essential functions or that other tasks are temporarily reassigned.

All staff (Bargaining and Non-Bargaining) should work together to complete these assessments. Nothing in this memorandum negates or changes national policy time frames.

If you have any questions, please contact Alix McLearen, Acting Deputy Assistant Director, Reentry Services Division or Andy Matevousian, Senior Deputy Assistant Director, Correctional Programs Division. More information will also be available on Sallyport and during the video conference on November 19, 2019.

Attachment A: Screening Measures and Instructions

**Psychology Services:**

Psychology Services staff are currently responsible for assessing mental health and trauma needs. No changes are required for these processes.

Psychology Services staff will also be responsible for assessing anger/hostility, antisocial peers, and cognitions. The instrument for assessing anger/hostility is attached. Guidance will be provided directly to Psychologists for using the antisocial peers and cognitions screening tool.

**Unit Management:**

Unit Management staff are currently responsible for assessing the substance use need at intake via the DRUG ED SENTRY assignment. No change is required for this process.

Unit Management staff will also be responsible for assessing family/parenting and finance/poverty needs. The instrument for the finance/poverty need is attached. The family/parenting information will be automatically drawn from information already loaded into Insight.

**Education:**

Education staff are currently responsible for assessing the education need. No change is required for this this process.

Education staff will also be responsible for assessing the work (employment/vocational) need. The instrument is attached.

Education staff are responsible for the initial screening for Dyslexia using the Screening Checklist for Dyslexia. Staff outside of the Education department should assist with the initial screening for Dyslexia using the checklist on inmates currently incarcerated. For those who reach the threshold, a qualified trained staff member completes additional assessment as identified in Program Statement 5200.05, Management of Inmates with Disabilities.

**Health Services:**

Health Services staff are currently responsible for determining medical needs via the history and physical performed at intake. They also assign the Chronic Care Clinic code to determine recreation/fitness/leisure needs. They will be required to formally notify Unit Management if there is a medical need for specific

programs in these areas.

**Correctional Services:**

Correctional Services staff are not required to collect needs assessment information. They are, however, welcome to offer input to be used as part of the needs assessment process.

Anger Need Screen

Instructions: Review the PSR Instant Offense & Criminal History (including Other Arrests & Juvenile sections).

Item: Are there convictions for Battery; Assault; Domestic Violence; Fighting; Threatening Assault; or Rape?
- Include juvenile adjudications
- Include charges or unverified offense behavior described in PSI
- Include offense conduct associated with instant offense
- Do not include instrumental threats of violence such as robbery or threatening violence to achieve a specific outcome

YES \_\_\_\_\_ NO\_\_\_\_\_

If Yes, the inmate has an Anger need.

Finance/Poverty Need Screen

Instructions: Review the PSR ("Financial Condition" section) to complete this form.

Is there documentation of any of the following?

___Any history of bankruptcy
___No bank account
___No assets nor liabilities noted in PSR
___Debts noted in credit report or other source
___Tax liabilities / back taxes
___Unpaid alimony / child support
___Other indication of lack of financial management skills (specify)

_____

YES _____ NO_____      (if any of the above check yes)
If the answer is yes, the inmate has a financial/poverty skills need.

Work Screen

Instructions: Review the PSR and any other available official documents to complete this form.

Item One: Is there evidence the inmate been employed for at least one year in a legitimate job?
YES _____ NO _____

Item Two: Does the inmate have any certifications or credentials that would assist in obtaining a job?
YES _____ NO _____

**If the answer to either item is no, the inmate has a vocational need.**

Attachment B: Criminogenic Need Areas and Associated Programs

| NEED | TOOL | EBRR PROGRAM | PA PROGRAM | RESPONSIBLE DEPARTMENT |
|---|---|---|---|---|
| Anger/Hostility | Anger Screen | Anger Management | Beyond Violence: A Prevention Program for Criminal-Justice Involved Women; START Now | Psychology Services |
| Antisocial Peers | Measure of Criminal Attitudes and Associates | Brave; Criminal Thinking | CBT for Prison Gambling; PEER; Soldier On; Women's Relationships | Psychology Services |
| Cognitions | Measure of Criminal Attitudes and Associates | Anger Management; Assert Yourself for Female Offenders; Basic Cognitive Skills; Brave; Challenge; Criminal Thinking; Emotional Self-Regulation; Female Integrated; Mental Health Step Down Program; Residential Drug Treatment; Resolve Program; Skills Program; Social Skills Training (SST) for Schizophrenia; | Access; Beyond Violence: A Prevention Program for Criminal-Justice Involved Women; CBT for Prison Gambling; Circle of Strength; Cognitive Process Therapy; Dialectical Behavior Therapy Skills Training; Embracing Interfaith Cooperation; Foundation; Houses of Healing: A prisoner's Guide to inner power and freedom; Non-Residential | Psychology Services |

| | | | Stages Program; | Drug Treatment Program; Sex Offender Treatment Program; Sexual Self-Regulation (SSR); START Now; Understanding Your Feelings: Shame and Low Self Esteem; Victim Impact: Listen and Learn; Women's Relationships | |
|---|---|---|---|---|---|
| Mental Health | | PSIQ | Challenge; Emotional Self-Regulation; Female Integrated Treatment; Illness Management and Recovery; Mental Health Step Down Program; Resolve Program; Skills Program; Social Skills Training (SST) for Schizophrenia; Stages Program | Access; Brief CBT for Suicidal Individuals; CBT for Eating Disorders; CBT of Insomnia; Circle of Strength; Cognitive Process Therapy; Dialectical Behavior Therapy Skills Training; Foundation; Mindfulness-Based Cognitive Therapy; Square One: Essentials for Women; Supported Employment; Understanding Your Feelings: | Psychology Services |

| | | | Shame and Low Self Esteem; Wellness Recovery Action Plan | |
|---|---|---|---|---|
| Substance Abuse | DRUG ED SENTRY Assignment | Challenge; Female Integrated Treatment; Residential Drug Treatment | Alcoholics Anonymous; Drug Education; Narcotics Anonymous; Non-Residential Drug Treatment Program | Unit Management |
| Trauma | ACES Questionnaire | Female Integrated Treatment; Resolve Program | Access; Cognitive Process Therapy; Dialectical Behavior Therapy Skills Training; Pu'a Foundation Reentry Program; Soldier On (Vets Program); Understanding Your Feelings: Shame and Low Self Esteem | Psychology Services |
| Work | Vocational Screen | Federal Prison Industries; Female Integrated Treatment; Occupational Education Programs | English-as-a-Second Language; Federal Prison Industries (FPI) Lean Basics Training; Foundation; Hooked on Phonics; Key Train for ACT Work Keys; Supported Employment; | Education |

| | | | Ultra Key 6: The Ultimate Keyboarding Tutor; Women in the 21st Century Workplace | |

Other Need Areas and Associated Programs

| NEED | TOOL | EBRR PROGRAM | PA PROGRAM | RESPONSIBLE DEPARTMENT |
|---|---|---|---|---|
| Dyslexia | Federal Bureau of Prisons Screening Checklist for Dyslexia; Woodcock-Johnson IV | Bureau Literacy Program (with accommodations as needed) | Hooked on Phonics | Education |
| Education | TABE/ CASAS | Bureau Literacy Program | English-as-a-Second Language; Foundation; Hooked on Phonics; Key Train for ACT Work Keys; Supported Employment; Ultra Key 6: The Ultimate Keyboarding Tutor; Women in the 21st Century Workplace | Education |
| Family/Parenting | Insight item on dependents under 21 | Assert Yourself for Female Offenders; Life Connections Program; National Parenting from Prison Program Phases 1 & 2: Preparing for Motherhood, Partners in Parenting, Parenting Children With Special Needs, To Parent or Not to Parent, | Pu'a Foundation Reentry Program; Women's Relationships | Unit Management |

| | | | | |
|---|---|---|---|---|
| | | Parenting Inside Out, Inside Out Dad, Mothers of Adolescents, Parenting a Second Time, Around (PASTA); Threshold Program | | |
| Finance/Poverty | Financial/ Poverty Screen | None | AARP Foundation Finances 50+; Money Smart for Older Adults; Square One: Essentials for Women | Unit Management |
| Medical | Intake History and Physical<br><br>Disabilities screening process | None | Arthritis Foundation Walk with Ease; Brain Health As You age: You can Make A Difference!; Getting to Know your Healthy Aging Body; Healthy Steps for Older Adults; Living a Health Life with Chronic Conditions; Managing Your Diabetes; National Diabetes Prevention Program; Talking with Your Doctor - Guide for Older Adults | Health Services |
| Recreation/ Leisure/Fitness | Chronic Care Clinic | None | A Healthier Me in the BOP; | Health Services |

| | SENTRY assignment | | A Matter of Balance; Arthritis Foundation Walk with Ease; Brain Health As You age: You can Make A Difference!; Getting to Know your Healthy Aging Body; Health and Wellness Throughout the Lifespan; Healthy Steps for Older Adults; Living a Health Life with Chronic Conditions; Managing Your Diabetes; National Diabetes Prevention Program; Service Fit; Square One: Essentials for Women; Talking with Your Doctor - Guide for Older Adults | |