```
 NERAH   535.03 *              INMATE PROFILE              *  02-16-2021
PAGE 001                                                         12:55:13
              86067-054          REG
REGNO: 86067-054                FUNCTION: PRT  DOB/AGE.:             / 54
NAME..: COHEN, MICHAEL                          R/S/ETH.: W/M/O    WALSH: NO
RSP...: CNK-NEW YORK CCM                        MILEAGE.: 7 MILES
PHONE:                       FAX:
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     FBI NO..: TFCPW7LN6
 PROJ REL DATE..: 11-22-2021                    INS NO..: N/A
 PAR ELIG DATE..: N/A                           SSN.....:
 PAR HEAR DATE..:                   PSYCH: NO     DETAINER: NO        CMC..: YES
OFFN/CHG RMKS: 18-CR-602;PRSNL TAX EVSN,FLS STMNT TO BNK,EXCSSV CMPGN CNTRBTN
OFFN/CHG RMKS: 18-CR-850;FALSE STMNTS TO US CNGRSS.  CBOP:36MOS/3YRS SRT
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    CNK  ADM-REL     A-HC SENT HOME CONFINEMENT-SENTENCED   07-24-2020 1642
    CNK  CARE LEVEL  CARE1-MH  CARE1-MENTAL HEALTH          05-06-2019 1509
    CNK  CARE LEVEL  CARE2     STABLE, CHRONIC CARE         01-02-2020 1036
    CNK  CASE MGT    BIR CERT N BIRTH CERTIFICATE - NO      05-26-2019 0933
    CNK  CASE MGT    CFSR      CERT FOOD SINCERITY REMOVAL  08-04-2019 1249
    CNK  CASE MGT    CV-COM REF COVID COMMUNITY REFERRAL    05-21-2020 0746
    CNK  CASE MGT    DEPEND N  DEPENDENTS UNDER 21 - NO     05-26-2019 0933
    CNK  CASE MGT    PHOTO ID N PHOTO ID - NO               05-26-2019 0933
    CNK  CASE MGT    RPP COMPLT RELEASE PREP PGM COMPLETE   01-16-2020 1600
    CNK  CASE MGT    RPP UNT C RELEASE PREP UNIT PGM COMPLETE 05-02-2020 0730
    CNK  CASE MGT    SCRN DIS C DISABILITY SCREENING COGNITIVE 01-07-2019 1119
    CNK  CASE MGT    SSN CARD N SOCIAL SECURITY CARD - NO   05-26-2019 0933
    CNK  CASE MGT    THR COMP  THRESHOLD COMPLETED          03-22-2020 1338
    CNK  CASE MGT    VET P/S N PARENT/SPOUSE VETERAN - NO   05-26-2019 0933
    CNK  CASE MGT    VETERAN N VETERAN - NO                 05-26-2019 0933
    CNK  CASE MGT    V94 COA913 V94 CURR OTHER ON/AFTER 91394 05-23-2019 0748
    CNK  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY 01-07-2019 1117
    CNK  COMM CORR   ALCH TEST ALCOHOL TEST, CCM ORDERED    07-24-2020 1957
    CNK  COMM CORR   DRUG TEST DRUG TEST, CCM ORDERED       07-24-2020 1957
    CNK  COMM CORR   INST TRANS INSTITUTION TRANSFER        07-24-2020 1956
    CNK  CUSTODY     COM       COMMUNITY CUSTODY            07-24-2020 1251
    CNK  DRUG PGMS   MH CMTX NR MENTAL HEALTH TX NOT REFERRED 07-24-2020 1109
    CNK  DESIG/SENT  DELTA     TEAM DELTA                   01-07-2019 1117
    CNK  DESIG/SENT  FNYS YES  FNYS-FULLY COMPLIED W/JUD REC 01-08-2019 1307
    CNK  EDUC INFO   ESL HAS   ENGLISH PROFICIENT           05-09-2019 1114
    CNK  EDUC INFO   GED HAS   COMPLETED GED OR HS DIPLOMA  05-09-2019 1113
    CNK  FIN RESP    PART      FINANC RESP-PARTICIPATES     05-23-2019 0748
    CNK  FIRST STEP  N-ANGER N NEED - ANGER/HOSTILITY NO    07-15-2020 1225
    CNK  FIRST STEP  N-ANTISO N NEED - ANTISOCIAL PEERS NO  07-15-2020 1230
    CNK  FIRST STEP  N-COGNTV N NEED - COGNITIONS NO        07-15-2020 1230
    CNK  FIRST STEP  N-M HLTH N NEED - MENTAL HEALTH NO     07-15-2020 1230
    CNK  FIRST STEP  N-TRAUMA N NEED - TRAUMA NO            07-15-2020 1230
    CNK  FIRST STEP  UNREVW HIS UNREVIEWED OFFENSES         07-09-2020 2157
    CNK  LEVEL       MINIMUM   SECURITY CLASSIFICAT'N MINIMUM 01-07-2019 1130
    CNK  LOCATION    3YK HC    BRONX COMMUNITY REENTRY CENTER 07-24-2020 1642
    CNK  MED DY ST   C19-QUAR  COVID-19 QUARANTINED         04-23-2020 1228
    CNK  MED DY ST   REG DUTY  NO MEDICAL RESTR--REGULAR DUTY 05-08-2019 1114
    CNK  MED DY ST   YES F/S   CLEARED FOR FOOD SERVICE     05-08-2019 1115
    CNK  PT OTHER    AARP FND W AARP FOUNDATION FINANCE WAIT 02-22-2020 1053


G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERAH  535.03 *             INMATE PROFILE             *      02-16-2021
PAGE 002 OF 002                                                12:55:13
            86067-054         REG
REGNO: 86067-054             FUNCTION: PRT  DOB/AGE.:             / 54
NAME.: COHEN, MICHAEL                      R/S/ETH.: W/M/O    WALSH: NO
RSP..: CNK-NEW YORK CCM                    MILEAGE.: 7 MILES
PHONE:                  FAX:
     FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
     CNK  RELIGION   JEWISH    JEWISH                        05-07-2019 1339
     CNK  WASPB      PAR ONEW  PHASE ONE WAIT                02-22-2020 1140




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```