U.S. Department of Justice
Federal Bureau of Prisons

# Evidence-based Recidivism Reduction (EBRR) Programs and Productive Activities (PA)



The BOP assesses inmates for criminogenic needs and other needs that are associated with an increased risk of recidivism in the following areas: Anger/Hostility; Antisocial Peers; Cognitions; Dyslexia; Education; Family/Parenting; Finance; Poverty; Medical; Mental Health; Recreation/Leisure/Fitness; Substance Abuse; Trauma; and Work. The needs assessment system, inclusive of the screening and other assessment instruments and/or tools developed, is used to appropriately identify the individual needs of each inmate to assign appropriate evidence-based recidivism reduction programming (EBRRs) and productive activities.

## Evidence-based Recidivism Reduction (EBRR) Programs

| EBRR Name (short description) | Duration | Frequency | Hours[1] | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Bureau Literacy Program (Reading, math, and writing skills leading to high school equivalency) | Dependent on inmate progress | 1.5 hours/day | 240 | All BOP institutions[2] | Dyslexia, Education |
| Occupational Education Programs (Vocational training and marketable skills in a wide variety of trades) | Varies | Varies | 500 | All BOP institutions | Work |
| Federal Prison Industries (Trade name UNICOR, a job skills program) | Indefinite Duration | Full or shared half time | 500 | 57 factories and 2 farms located at 51 facilities | Work |
| National Parenting from Prison Program (Program focused on family engagement and parenting skills) | Phase 1: 4 weeks; Phase 2: 5 - 10 weeks | 2 hours/week | 40 | All BOP institutions | Family/Parenting |
| BRAVE (CBT[3] for young males with first offense) | 6 months | 20 hours/week | 500 | Beckley; Victorville-Medium | Antisocial Peers, Cognitions |
| Challenge (CBT for high security males focused on substance use and mental illness intervention) | Minimum of 9 months | 20 hours/week | 500 | At 17 high security facilities[4] | Cognitions, Mental Health, Substance Abuse |
| Female Integrated Treatment (CBT program for women addressing mental illness, trauma, substance use and vocational needs) | Varies based on individual need | 20 hours/week | 500 | Danbury - female | Cognitions, Mental Health, Substance Abuse, Trauma, Work |
| Mental Health Step Down Program (CBT for SMI[5] inmates) | 12-19 months | 20 hours/week | 500 | Allenwood- High; Atlanta; Butner-Medium | Cognitions, Mental Health |
| Residential Drug Abuse Treatment Program (RDAP) (CBT for inmates with diagnosed substance use disorders) | 9 months | 20 hours/week | 500 | At 88 locations[6] | Cognitions, Substance Abuse |

---

[1] Hours Awarded for Completion
[2] All BOP institutions means the program can be offered; scheduled offerings will be based on specific population needs.
[3] CBT – Cognitive Behavioral Therapy
[4] See BOP National Programs Catalog for specific locations
[5] SMI - Serious Mental Illness
[6] See BOP National Programs Catalog for specific locations

| EBRR Name (short description) | Duration | Frequency | Hours[7] | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Resolve Program (Trauma treatment) | 40 weeks | Varies | 80 | All female sites except satellites; Florence and Danbury - male | Cognitions, Mental Health, Trauma |
| STAGES Program (High intensity CBT for SMI and personality disorder inmates) | 12-18 months | 20 hours/week | 500 | Florence High; Terre Haute - Medium | Cognitions, Mental Health |
| Skills Program (CBT and educational residential programs for inmates with cognitive impairments) | 12-18 months | 20 hours/week | 500 | Danbury; Coleman-Medium | Cognitions, Mental Health |
| Life Connections Programs (Faith-based values and life skills program) | 18 months | 20 hours/week | 500 | Petersburg - Low; Leavenworth; Milan; Terre Haute - High; Carswell | Family/Parenting |
| Anger Management (CBT program to manage anger) | 12 Sessions | 1.5 hours/week | 18 | All BOP institutions | Anger/Hostility Cognitions |
| Assert Yourself for Female Offenders (CBI[8] and psychoeducational program that teaches women to be assertive) | 8 weeks | 1 hour/week | 8 | All female sites | Cognitions, Family/Parenting |
| Basic Cognitive Skills (Introductory program to CBT) | 12-16 weeks | 1 - 1.5 hours/week | 24 | All BOP institutions | Cognitions |
| Criminal Thinking (Rational behavioral therapy for addressing antisocial cognitions) | 12-18 sessions | 1.5 hours/week | 27 | All BOP institutions | Antisocial Peers, Cognitions |
| Emotional Self-Regulation (CBT for managing personal emotions) | 8-12 sessions | 1-2 hours/week | 24 | All BOP institutions | Cognitions, Mental Health |
| Illness Management and Recovery (CBT for SMI) | 12-40 sessions | Up to 1.5 hours/week | 60 | All BOP institutions | Mental Health |
| Social Skills Training (SST) for Schizophrenia (CBT for SMI) | Varies | Varies | 60 | All BOP institutions | Cognitions, Mental Health |
| Threshold Program (Faith-based program focused on values and life skills) | 6-9 months | 1.5 - 2 hours/week | 72 | All BOP institutions | Family/Parenting |

---

[7] Hours Awarded for Completion
[8] CBI - Cognitive Behavioral Intervention

# Productive Activities (PA)

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| English-as-a-Second Language | Depends on inmate progress | Minimum of 1.5 hours/day | 500 | All BOP institutions | Education, Work |
| Drug Education | Varies | Varies | 15 | All BOP institutions | Substance Abuse |
| Non-Residential Drug Abuse Treatment Program | 3-6 months | 1.5 - 2 hours/week | 24 | All BOP institutions | Cognitions, Substance Abuse |
| Sex Offender Treatment Program (Residential and Non-Residential) | 9-12 months | 12 hours/week | 500 | Carswell; Devens; Elkton; Englewood; Petersburg-Medium; Marianna; Marion; Seagoville; Tucson-High | Cognitions |
| Ultra Key 6: The Ultimate Keyboarding Tutor (Typing skills) | Varies | Self-paced | 20 | All BOP institutions | Education, Work |
| A Healthier Me in the BOP (Educational wellness program for women) | 4 sessions | 1.25 hours/week | 5 | All female sites | Recreation/Leisure/Fitness |
| A Matter of Balance (Helps build self-efficacy in strength and mobility) | 8 sessions | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| AARP Foundation Finances 50+ (Financial literacy for older adults) | 3 sessions | 1.5 hours/week | 5 | All BOP institutions | Finance/Poverty |
| Access (Program to assist women overcoming domestic violence) | 5 sessions | 2 hours/week | 10 | All female sites | Cognitions, Mental Health, Trauma |
| Alcoholics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| Arthritis Foundation Walk with Ease | 6 weeks | Varies | 6 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Beyond Violence: A Prevention Program for Criminal-Justice Involved Women (Women focusing on anger management) | 20 sessions | 2 hours/week | 40 | All female sites | Anger/Hostility, Cognitions |
| Brain Health as You Age: You can Make a Difference! (Improved memory and decision-making) | Varies | Varies | 5 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Brief CBT for Suicidal Individuals (Addresses suicidality) | Varies | Varies | 20 | All BOP institutions | Mental Health |
| CBT for Prison Gambling | Varies | Varies | 20 | All BOP institutions | Antisocial Peers, Cognitions |
| Circle of Strength (Support group that introduces CBI to women) | 13 sessions | 1.5 hours/week | 20 | All female sites | Cognitions, Mental Health |
| CBT for Eating Disorders | Varies | Varies | 20 | All BOP institution | Mental Health |
| CBT of Insomnia | 4-8 Session | Varies | 10 | All BOP institutions | Mental Health |
| Cognitive Process Therapy (CBT to address trauma) | 12 sessions | 1.5 hours/week | 18 | All BOP institutions | Cognitions, Mental Health, Trauma |

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Dialectical Behavior Therapy Skills Training (CBT for managing emotions and distress) | 52 sessions | 1.5 - 2 hours/week | 104 | All BOP institutions | Cognitions, Mental Health, Trauma |
| Embracing Interfaith Cooperations (Fosters interfaith understanding) | 5 sessions | 1-2 hours/week | 10 | All BOP institutions | Cognitions |
| Federal Prison Industries (FPI) Lean Basics Training (Business processing training class) | 16 hours | Varies | 16 | 51 FPI facilities | Work |
| Foundation (Reentry focused goal setting program for women) | 10 sessions | 1.5 hours/week | 15 | All female sites | Cognitions, Education, Mental Health, Work |
| Getting to Know Your Healthy Aging Body (Discusses changes over the lifespan) | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Health and Wellness Throughout the Lifespan | 3 sessions | .75 hours/week | 3 | All BOP institutions | Recreation/Leisure/Fitness |
| Healthy Steps for Older Adults (Reduce falls) | 3 sessions | Varies | 3 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Hooked on Phonics (Aids in combatting dyslexia) | Varies | 1.5 hours/day | 500 | All BOP institutions | Dyslexia, Education, Work |
| Houses of Healing: A Prisoner's Guide to Inner Power and Freedom (Emotional literacy and understanding) | 12 sessions | 2 hours/week | 24 | All BOP institutions | Cognitions |
| Key Train for ACT WorkKeys (Building job-relevant skills) | Varies | Varies | 50 | All BOP institutions | Education, Work |
| Living a Healthy Life with Chronic Conditions | Varies | Varies | 24 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Managing Your Diabetes | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Mindfulness-Based Cognitive Therapy | 8 sessions | 2 hours/week | 16 | All BOP institutions | Mental Health |
| Money Smart for Older Adults | 14 sessions | 1-2 hours/week | 28 | All BOP institutions | Finance/Poverty |
| Narcotics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| National Diabetes Prevention Program | 16 sessions | Varies | 16 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| PEER (Disabilities support group) | 10 sessions | 1 hour/week | 10 | All BOP institutions | Antisocial Peers |
| Pu'a Foundation Reentry Program (Program for women grounded in Hawaiian culture) | Varies | 2 hours/week | 20 | FDC Honolulu | Family/Parenting, Trauma |
| Service Fit (Wellness group for veterans) | 8 weeks | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| Sexual Self-Regulation (SSR) (CBT programs for sex offenders) | 3-6 months | Varies | 100 | All BOP institutions | Cognitions |

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
| --- | --- | --- | --- | --- | --- |
| Soldier On (Support group for veterans) | 10 weeks | 1-1.5 hours/week | 15 | All BOP institutions | Antisocial Peers, Trauma |
| Square One: Essentials for Women (Psychoeducation life skills for women) | 8 sessions | 1.5 hours/week | 12 | All female sites | Finance/Poverty, Mental Health, Recreation/Leisure/Fitness |
| START Now (Program behavior disorders) | 32 sessions | Varies | 32 | All BOP institutions (gendered curricula) | Anger/Hostility, Cognitions |
| Supported Employment (Matching SMI with jobs) | Varies | Varies | 20 | All BOP institutions | Education, Mental Health, Work |
| Talking with Your Doctor - Guide for Older Adults (Prepares for medical appointments) | Varies | Varies | 5 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Understanding Your Feelings: Shame and Low Self Esteem (Program for women) | 7 sessions | 1 hour/week | 7 | All female sites | Cognitions, Mental Health, Trauma |
| Victim Impact: Listen and Learn | 13 Sessions | 2 hours/week | 26 | All BOP institutions | Cognitions |
| Wellness Recovery Action Plan (Manage mental illness) | 8 Sessions | 2.5 hours/session | 20 | All BOP institutions | Mental Health |
| Women in the 21st Century Workplace (Occupational program for women) | 10 sessions | 1 hour/week | 10 | All female sites | Education, Work |
| Women's Relationships (Teaching women about healthy interpersonal dynamics) | 5 sessions | 1 hour/week | 5 | All female sites | Antisocial Peers, Cognitions, Family/Parenting |
| K2 Awareness Program | 5 weeks | 1 hour/week | 5 | All BOP institutions | Substance Abuse |