```
NERAH            *         INMATE EDUCATION DATA         *      02-10-2021
PAGE 001 OF 001 *             TRANSCRIPT                 *      13:40:21

REGISTER NO: 86067-054    NAME..: COHEN                         FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CNK-NEW YORK CCM

--------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
CNK  ESL HAS    ENGLISH PROFICIENT            05-09-2019 1114 CURRENT
CNK  GED HAS    COMPLETED GED OR HS DIPLOMA   05-09-2019 1113 CURRENT


---------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL  DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
OTV SCP   RESUME WRITING/INTERVIEW SKILL 03-03-2020 03-24-2020  P  C  P   14
OTV SCP   ROP DAY 3                  01-16-2020  01-16-2020   P  C  P    6
OTV SCP   ROP DAY 2                  01-15-2020  01-15-2020   P  C  P    6
OTV SCP   ROP DAY 1                  01-14-2020  01-14-2020   P  C  P    6
OTV SCP   DTRM DOING TIME W/ RIGHT MIND 07-10-2019 08-21-2019  P  C  P    7
OTV SCP   NUTRITION SEMINAR ON FAST FOOD 09-19-2019 09-19-2019  P  C  P    3
OTV SCP   INFORMATIONAL JOB FAIR     05-21-2019  05-21-2019   P  C  P    2




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```