```
REGNO..: 86067-054 NAME: COHEN, MICHAEL

                    RESP OF: CNK
                    PHONE..:                    FAX:
                                                RACE/SEX...: WHITE / MALE
                                                AGE:  54
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 11-22-2021                         PAR HEAR DT:
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO..: 86067-054 NAME: COHEN, MICHAEL

                  RESP OF: CNK
                  PHONE..:                    FAX:
HOME DETENTION ELIGIBILITY DATE: 08-06-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-22-2021 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: 18-CR-602 (WHP)
JUDGE..........................: PAULEY
DATE SENTENCED/PROBATION IMPOSED: 12-12-2018
DATE COMMITTED.................: 05-06-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS    MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $800.00          $00.00           $50,000.00     $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $1,393,858.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  193    INTERNAL REVENUE INCOME TAX
OFF/CHG: 26:7201 EVASION OF PERSONAL INCOME TAX(CTS1-5)
         18:1014 MAKING FALSE STATEMENTS TO A BANK(CT6)
         52:30118A,52:30109(D)(1)(A) CAUSING AN UNLAWFUL CORPORATE
         CONTRIBUTION(CT7); 52:30116(A)(1)(A),30116(A)(7),30109(D)(1)
         (A) EXCESSIVE CAMPAIGN CONTRIBUTION(CT8)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 04-30-2016

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: 18-CR-850 (WHP)
JUDGE..........................: PAULEY
DATE SENTENCED/PROBATION IMPOSED: 12-12-2018
DATE COMMITTED.................: 05-06-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT




G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 86067-054 NAME: COHEN, MICHAEL

```
                    RESP OF: CNK
                    PHONE..:                    FAX:
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00        $50,000.00   $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO     AMOUNT:   $00.00
```

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:  063      CONTEMPT CRIMINAL
 OFF/CHG: 18:1001(A)(2) FALSE STATEMENTS TO THE U.S. CONGRESS(CT1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     2 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/C W/JUDMENT 010
 DATE OF OFFENSE................: 10-25-2017

-------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-09-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-09-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

DATE COMPUTATION BEGAN..........: 05-06-2019
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 04-30-2016

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-21-2018    08-21-2018
                                    11-29-2018    11-29-2018


G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 86067-054 NAME: COHEN, MICHAEL

```
                  RESP OF: CNK
                  PHONE..:                   FAX:
TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 162
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 11-22-2021
ELDERLY OFFENDER TWO THIRDS DATE: 05-03-2021
EXPIRATION FULL TERM DATE.......: 05-03-2022
TIME SERVED.....................:      1 YEARS     9 MONTHS    13 DAYS
PERCENTAGE OF FULL TERM SERVED..: 59.7
PERCENT OF STATUTORY TERM SERVED: 70.1

PROJECTED SATISFACTION DATE.....: 11-22-2021
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE