```
  REG NO..: 86067-054 NAME....: COHEN, MICHAEL
  CATEGORY: ARS       FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
CNK    A-HC SENT   HOME CONFINEMENT-SENTENCED 07-24-2020 1642 CURRENT
1-R    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-24-2020 1642 07-24-2020 1642
1-R    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-24-2020 1640 07-24-2020 1642
CNK    TRANSFER    TRANSFER                   07-24-2020 1640 07-24-2020 1640
CNK    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-24-2020 1440 07-24-2020 1640
4-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-24-2020 1440 07-24-2020 1440
4-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-24-2020 1251 07-24-2020 1440
OTV    FURL TRANS  FURL W/UNESCORTED TRF TO A CCC 07-24-2020 1251 07-24-2020 1251
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-09-2020 2157 07-24-2020 1251
NYM    PRE REMOVE  PRE SENT DETAINEE REMOVED  07-09-2020 2023 07-09-2020 2157
NYM    A-PRE       PRE-SENT ADMIT, ADULT      07-09-2020 1354 07-09-2020 2023
NYM    ADM CHANGE  RELEASE FOR ADMISSION CHANGE 07-09-2020 1353 07-09-2020 1354
NYM    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 07-09-2020 1351 07-09-2020 1353
4-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-09-2020 1351 07-09-2020 1351
4-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-09-2020 1100 07-09-2020 1351
OTV    FURL TRANS  FURL W/UNESCORTED TRF TO A CCC 07-09-2020 1100 07-09-2020 1100
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-09-2020 1050 07-09-2020 1100
OTV    FURL REL    FURLOUGH-RELEASE PLANNING  06-20-2020 0910 07-09-2020 1050
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-20-2020 0900 06-20-2020 0910
OTV    FURL REL    FURLOUGH-RELEASE PLANNING  05-21-2020 0835 06-20-2020 0900
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 02-19-2020 1925 05-21-2020 0835
OTV    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 02-18-2020 1226 02-19-2020 1925
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 02-15-2020 0048 02-18-2020 1226
OTV    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 02-14-2020 1908 02-15-2020 0048
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-06-2019 1154 02-14-2020 1908
9-L    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-06-2019 1154 05-06-2019 1154
9-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-07-2019 1314 05-06-2019 1154
DSC    ADMIN REL   ADMINISTRATIVE RELEASE     01-07-2019 1214 01-07-2019 1214
DSC    A-ADMIN     ADMINISTRATIVE ADMISSION   01-07-2019 1114 01-07-2019 1214




     G0000          TRANSACTION SUCCESSFULLY COMPLETED
```