```
       FUNCTION: L-P SCOPE: REG    EQ 86067-054   OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____  THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV OFC : EQ ____    ____    ____    ____    ____    ____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___   ___   ___   ___   ___   ___
        TYPE: ___   ___   ___   ___   ___   ___
EVNT FACL: EQ ____   ____   ____   ____   ____   ____
RCV FACL.: EQ ____   ____   ____   ____   ____   ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____   ____   ____   ____   ____   ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 86067-054 NAME: COHEN, MICHAEL
RSP OF...: CNK UNT/LOC/DST: 3YK HC          QTR.: N/A         RCV OFC: OTV
REMEDY ID: 1032702-F1    SUB1: 13ZC SUB2:       DATE RCV:   07-13-2020
UNT  RCV..:CAMP         QTR RCV.: E03-306L     FACL RCV: OTV
UNT  ORG..:CAMP         QTR ORG.: E03-306L     FACL ORG: OTV
EVT FACL.: OTV    ACC LEV:  OTV  1              RESP DUE:  SAT  08-22-2020
ABSTRACT.: APPEALING RETURN TO INSTITUTION FROM FURLOUGH/HC
STATUS DT: 07-22-2020   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-13-2020
REMARKS..:


REGNO: 86067-054 NAME: COHEN, MICHAEL
RSP OF...: CNK UNT/LOC/DST: 3YK HC          QTR.: N/A         RCV OFC: CNK
REMEDY ID: 1059299-F1    SUB1: 15ZH SUB2:       DATE RCV:   12-01-2020
LOC  RCV..:3YK HC       QTR RCV.: N/A          FACL RCV: CNK
LOC  ORG..:3YK HC       QTR ORG.: N/A          FACL ORG: CNK
EVT FACL.: CNK    ACC LEV:  CNK  1              RESP DUE:  MON  12-21-2020
ABSTRACT.: FSA CREDITS
STATUS DT: 12-03-2020   STATUS CODE: ACC STATUS REASON:
INCRPTNO.:          RCT: N EXT:   DATE ENTD: 12-03-2020
REMARKS..: REQUESTING FSA CREDITS




              2 REMEDY SUBMISSION(S) SELECTED
    G0000       TRANSACTION SUCCESSFULLY COMPLETED
```