

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 16, 2021

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Cohen v. United States of America, et al.*, No. 20 Civ. 10833 (JGK)

Dear Judge Koeltl:

      This Office represents Respondents, the United States of America and Michael Carvajal, Director of the Federal Bureau of Prisons ("the Government"), in the above-captioned *habeas* matter. I write respectfully to inform the Court that I have refiled the Government's habeas response at ECF Nos. 12-15, which I originally filed yesterday at ECF Nos. 8-11. The reason for the refiling was that the response linked to an incorrect docket entry, ECF No. 2, rather than ECF No. 1. Despite having filed a notice of appearance, I was unable to access filings on the docket, and ECF No. 1 was hidden from view until this morning. Therefore, I incorrectly thought that the letter at ECF No. 2 attached the habeas petition and that this was the entry to which the Government should respond.

      In the refiled brief, on the second line on page 3, I changed the reference to ECF No. 2 to ECF No. 1. This is the only change in the brief and all other filed documents are the same as they were yesterday. I have served a copy of the corrected brief on Petitioner and informed him of the refiling and the reason for it.

      Finally, I wanted to bring to the Court's attention that as of this morning members of the press were not able to access the filings on the docket. The parties do not believe that the docket should be restricted.

      Respectfully,

      AUDREY STRAUSS
      United States Attorney

By: /s/ Allison M. Rovner
      ALLISON M. ROVNER
      Assistant United States Attorney
      Tel. (212) 637-2691
      Fax: (212) 637-2750
      Email: allison.rovner@usdoj.gov

cc:    Petitioner (by email, per request)