**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **MICHAEL D. COHEN,** |
|                    **Petitioner,** |
|         **-against-** |
| **UNITED STATES OF AMERICA;** |
| **MICHAEL CARVAJAL, Director of** |
| **the Federal Bureau of Prisons,** |
|                    **Respondents.** |

**1:20-CV-10833 (JGK)**

**ORDER**

**JOHN G. KOELTL, United States District Judge:**

    The Court has received inquiries (ECF Nos. 17, 18) seeking access to documents filed in this case. Access was initially restricted because of a request to seal the petitioner's personal cell phone number and email address. See ECF No. 2. Those items are easily redacted from the Petition (ECF. No. 1). Therefore, the Clerk's Office is directed to redact the last two lines of the Petition containing the petitioner's personal cell phone number and email address, file the unredacted copy of the Petition under seal and file the redacted copy on the public docket redacting only the final two lines of the document with the personal cell phone number and email address.

    Any remaining items in docket were inadvertently restricted as a result of the initial request. There does not appear to be any request to restrict access to the remaining documents which primarily contain the Government's response to the Petition and

supporting documents.  Indeed, in its most recent letter (ECF. No. 16), the Government advises that the parties in the case do not request that access to the documents in the case be restricted.  Therefore, the Clerk's Office is directed to lift any restriction on access to the documents filed in this case except for the two redacted lines in ECF No. 1.

**SO ORDERED.**

**March 19, 2021**
**New York, New York**

                                        /s/ John G. Koeltl
                                        **JOHN G. KOELTL**
                              **United States District Judge**