# EXHIBIT A

The BOP assesses inmates for criminogenic needs and other needs that are associated with an increased risk of recidivism in the following areas: Anger/Hostility; Antisocial Peers; Cognitions; Dyslexia; Education; Family/Parenting; Finance; Poverty; Medical; Mental Health; Recreation/Leisure/Fitness; Substance Abuse; Trauma; and Work. The needs assessment system, inclusive of the screening and other assessment instruments and/or tools developed, is used to appropriately identify the individual needs of each inmate to assign appropriate evidence-based recidivism reduction programming (EBRRs) and productive activities.

## Evidence-based Recidivism Reduction (EBRR) Programs

| EBRR Name (short description) | Duration | Frequency | Hours[1] | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Bureau Literacy Program (Reading, math, and writing skills leading to high school equivalency) | Dependent on inmate progress | 1.5 hours/day | 240 | All BOP institutions[2] | Dyslexia, Education |
| Occupational Education Programs (Vocational training and marketable skills in a wide variety of trades) | Varies | Varies | 500 | All BOP institutions | Work |
| Federal Prison Industries (Trade name UNICOR, a job skills program) | Indefinite Duration | Full or shared half time | 500 | 57 factories and 2 farms located at 51 facilities | Work |
| National Parenting from Prison Program (Program focused on family engagement and parenting skills) | Phase 1: 4 weeks; Phase 2: 5 - 10 weeks | 2 hours/week | 40 | All BOP institutions | Family/Parenting |
| BRAVE (CBT[3] for young males with first offense) | 6 months | 20 hours/week | 500 | Beckley; Victorville-Medium | Antisocial Peers, Cognitions |
| Challenge (CBT for high security males focused on substance use and mental illness intervention) | Minimum of 9 months | 20 hours/week | 500 | At 17 high security facilities[4] | Cognitions, Mental Health, Substance Abuse |
| Female Integrated Treatment (CBT program for women addressing mental illness, trauma, substance use and vocational needs) | Varies based on individual need | 20 hours/week | 500 | Danbury - female | Cognitions, Mental Health, Substance Abuse, Trauma, Work |
| Mental Health Step Down Program (CBT for SMI[5] inmates) | 12-19 months | 20 hours/week | 500 | Allenwood- High; Atlanta; Butner- Medium | Cognitions, Mental Health |
| Residential Drug Abuse Treatment Program (RDAP) (CBT for inmates with diagnosed substance use disorders) | 9 months | 20 hours/week | 500 | At 88 locations[6] | Cognitions, Substance Abuse |

---

[1] Hours Awarded for Completion
[2] All BOP institutions means the program can be offered; scheduled offerings will be based on specific population needs.
[3] CBT – Cognitive Behavioral Therapy
[4] See BOP National Programs Catalog for specific locations
[5] SMI - Serious Mental Illness
[6] See BOP National Programs Catalog for specific locations

~ 1 ~

| EBRR Name (short description) | Duration | Frequency | Hours[7] | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Resolve Program (Trauma treatment) | 40 weeks | Varies | 80 | All female sites except satellites; Florence and Danbury - male | Cognitions, Mental Health, Trauma |
| STAGES Program (High intensity CBT for SMI and personality disorder inmates) | 12-18 months | 20 hours/week | 500 | Florence High; Terre Haute - Medium | Cognitions, Mental Health |
| Skills Program (CBT and educational residential programs for inmates with cognitive impairments) | 12-18 months | 20 hours/week | 500 | Danbury; Coleman-Medium | Cognitions, Mental Health |
| Life Connections Programs (Faith-based values and life skills program) | 18 months | 20 hours/week | 500 | Petersburg - Low; Leavenworth; Milan; Terre Haute - High; Carswell | Family/Parenting |
| Anger Management (CBT program to manage anger) | 12 Sessions | 1.5 hours/week | 18 | All BOP institutions | Anger/Hostility Cognitions |
| Assert Yourself for Female Offenders (CBI[8] and psychoeducational program that teaches women to be assertive) | 8 weeks | 1 hour/week | 8 | All female sites | Cognitions, Family/Parenting |
| Basic Cognitive Skills (Introductory program to CBT) | 12-16 weeks | 1 - 1.5 hours/week | 24 | All BOP institutions | Cognitions |
| Criminal Thinking (Rational behavioral therapy for addressing antisocial cognitions) | 12-18 sessions | 1.5 hours/week | 27 | All BOP institutions | Antisocial Peers, Cognitions |
| Emotional Self-Regulation (CBT for managing personal emotions) | 8-12 sessions | 1-2 hours/week | 24 | All BOP institutions | Cognitions, Mental Health |
| Illness Management and Recovery (CBT for SMI) | 12-40 sessions | Up to 1.5 hours/week | 60 | All BOP institutions | Mental Health |
| Social Skills Training (SST) for Schizophrenia (CBT for SMI) | Varies | Varies | 60 | All BOP institutions | Cognitions, Mental Health |
| Threshold Program (Faith-based program focused on values and life skills) | 6-9 months | 1.5 - 2 hours/week | 72 | All BOP institutions | Family/Parenting |

---

[7] Hours Awarded for Completion
[8] CBI - Cognitive Behavioral Intervention

~ 2 ~

## Productive Activities (PA)

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| English-as-a-Second Language | Depends on inmate progress | Minimum of 1.5 hours/day | 500 | All BOP institutions | Education, Work |
| Drug Education | Varies | Varies | 15 | All BOP institutions | Substance Abuse |
| Non-Residential Drug Abuse Treatment Program | 3-6 months | 1.5 - 2 hours/week | 24 | All BOP institutions | Cognitions, Substance Abuse |
| Sex Offender Treatment Program (Residential and Non-Residential) | 9-12 months | 12 hours/week | 500 | Carswell; Devens; Elkton; Englewood; Petersburg-Medium; Marianna; Marion; Seagoville; Tucson-High | Cognitions |
| Ultra Key 6: The Ultimate Keyboarding Tutor (Typing skills) | Varies | Self-paced | 20 | All BOP institutions | Education, Work |
| A Healthier Me in the BOP (Educational wellness program for women) | 4 sessions | 1.25 hours/week | 5 | All female sites | Recreation/Leisure/Fitness |
| A Matter of Balance (Helps build self-efficacy in strength and mobility) | 8 sessions | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| AARP Foundation Finances 50+ (Financial literacy for older adults) | 3 sessions | 1.5 hours/week | 5 | All BOP institutions | Finance/Poverty |
| Access (Program to assist women overcoming domestic violence) | 5 sessions | 2 hours/week | 10 | All female sites | Cognitions, Mental Health, Trauma |
| Alcoholics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| Arthritis Foundation Walk with Ease | 6 weeks | Varies | 6 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Beyond Violence: A Prevention Program for Criminal-Justice Involved Women (Women focusing on anger management) | 20 sessions | 2 hours/week | 40 | All female sites | Anger/Hostility, Cognitions |
| Brain Health as You Age: You can Make a Difference! (Improved memory and decision-making) | Varies | Varies | 5 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Brief CBT for Suicidal Individuals (Addresses suicidality) | Varies | Varies | 20 | All BOP institutions | Mental Health |
| CBT for Prison Gambling | Varies | Varies | 20 | All BOP institutions | Antisocial Peers, Cognitions |
| Circle of Strength (Support group that introduces CBI to women) | 13 sessions | 1.5 hours/week | 20 | All female sites | Cognitions, Mental Health |
| CBT for Eating Disorders | Varies | Varies | 20 | All BOP institution | Mental Health |
| CBT of Insomnia | 4-8 Session | Varies | 10 | All BOP institutions | Mental Health |
| Cognitive Process Therapy (CBT to address trauma) | 12 sessions | 1.5 hours/week | 18 | All BOP institutions | Cognitions, Mental Health, Trauma |

~ 3 ~

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Dialectical Behavior Therapy Skills Training (CBT for managing emotions and distress) | 52 sessions | 1.5 - 2 hours/week | 104 | All BOP institutions | Cognitions, Mental Health, Trauma |
| Embracing Interfaith Cooperations (Fosters interfaith understanding) | 5 sessions | 1-2 hours/week | 10 | All BOP institutions | Cognitions |
| Federal Prison Industries (FPI) Lean Basics Training (Business processing training class) | 16 hours | Varies | 16 | 51 FPI facilities | Work |
| Foundation (Reentry focused goal setting program for women) | 10 sessions | 1.5 hours/week | 15 | All female sites | Cognitions, Education, Mental Health, Work |
| Getting to Know Your Healthy Aging Body (Discusses changes over the lifespan) | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Health and Wellness Throughout the Lifespan | 3 sessions | .75 hours/week | 3 | All BOP institutions | Recreation/Leisure/Fitness |
| Healthy Steps for Older Adults (Reduce falls) | 3 sessions | Varies | 3 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Hooked on Phonics (Aids in combatting dyslexia) | Varies | 1.5 hours/day | 500 | All BOP institutions | Dyslexia, Education, Work |
| Houses of Healing: A Prisoner's Guide to Inner Power and Freedom (Emotional literacy and understanding) | 12 sessions | 2 hours/week | 24 | All BOP institutions | Cognitions |
| Key Train for ACT WorkKeys (Building job-relevant skills) | Varies | Varies | 50 | All BOP institutions | Education, Work |
| Living a Healthy Life with Chronic Conditions | Varies | Varies | 24 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Managing Your Diabetes | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Mindfulness-Based Cognitive Therapy | 8 sessions | 2 hours/week | 16 | All BOP institutions | Mental Health |
| Money Smart for Older Adults | 14 sessions | 1-2 hours/week | 28 | All BOP institutions | Finance/Poverty |
| Narcotics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| National Diabetes Prevention Program | 16 sessions | Varies | 16 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| PEER (Disabilities support group) | 10 sessions | 1 hour/week | 10 | All BOP institutions | Antisocial Peers |
| Pu'a Foundation Reentry Program (Program for women grounded in Hawaiian culture) | Varies | 2 hours/week | 20 | FDC Honolulu | Family/Parenting, Trauma |
| Service Fit (Wellness group for veterans) | 8 weeks | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| Sexual Self-Regulation (SSR) (CBT programs for sex offenders) | 3-6 months | Varies | 100 | All BOP institutions | Cognitions |

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Soldier On (Support group for veterans) | 10 weeks | 1-1.5 hours/week | 15 | All BOP institutions | Antisocial Peers, Trauma |
| Square One: Essentials for Women (Psychoeducation life skills for women) | 8 sessions | 1.5 hours/week | 12 | All female sites | Finance/Poverty, Mental Health, Recreation/Leisure/Fitness |
| START Now (Program behavior disorders) | 32 sessions | Varies | 32 | All BOP institutions (gendered curricula) | Anger/Hostility, Cognitions |
| Supported Employment (Matching SMI with jobs) | Varies | Varies | 20 | All BOP institutions | Education, Mental Health, Work |
| Talking with Your Doctor - Guide for Older Adults (Prepares for medical appointments) | Varies | Varies | 5 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Understanding Your Feelings: Shame and Low Self Esteem (Program for women) | 7 sessions | 1 hour/week | 7 | All female sites | Cognitions, Mental Health, Trauma |
| Victim Impact: Listen and Learn | 13 Sessions | 2 hours/week | 26 | All BOP institutions | Cognitions |
| Wellness Recovery Action Plan (Manage mental illness) | 8 Sessions | 2.5 hours/session | 20 | All BOP institutions | Mental Health |
| Women in the 21st Century Workplace (Occupational program for women) | 10 sessions | 1 hour/week | 10 | All female sites | Education, Work |
| Women's Relationships (Teaching women about healthy interpersonal dynamics) | 5 sessions | 1 hour/week | 5 | All female sites | Antisocial Peers, Cognitions, Family/Parenting |
| K2 Awareness Program | 5 weeks | 1 hour/week | 5 | All BOP institutions | Substance Abuse |