# EXHIBIT B

```
Remedy Number 1059299-F1
COHEN, Michael
Reg. No. 86067-054
```

This is in response to your Request for Administrative Remedy dated, November 15, 2020. You request a calculation of Earned Time Credits (ETC) under the First Step Act for classes and work you completed while housed at FCI Otisville.

A review of your completed classes and your work assignment reveals that none of your classes are the specific classes listed as Evidence-based Recidivism Reduction Programs (EBRR) or Productive Activities (PA). To the extent that any of them could be construed as meeting the criteria, you have not achieved the requisite number of credit hours to qualify you for ETCs.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 days of the date of this response.

_____*Patrick McFarland*_____          ___12-15-2020___
P. McFarland, RRM                               Date