# EXHIBIT C

# Certificate of Completion
# OF
# *Doing Time With The Right Mind*

*Cohen, Michael*
86067-054

In recognition of his participation in the DTRM Program – *EFFECTIVE ALTERNATIVES* Program here at FCI Otisville Camp, he is presented with this Certificate of Completion.
This certificate is hereby issued this 3rd day of September, 2019

_____
J. DeLeo,  Camp Counselor



# Federal Bureau of Prisons
# FCI Otisville
# Certificate of Completion



### MICHAEL COHEN
86067-054

In recognition of his participation in the Drug Education - Freedom From Drugs Program here at FCI Otisville, he is presented with this certificate of completion of the program.

This certificate is hereby issued this 13th day of August, 2019

_____
Dr. J. Bowe, PsyD, Drug Abuse Program Coordinator

_____
E. M. Dariotis, M.Ed., Drug Treatment Specialist

# Federal Bureau of Prisons
# FCI Otisville
# Certificate of Completion



*MICHAEL COHEN*
86067-054

In recognition of his participation in the INTERVENTION 2 Program here at FCI Otisville, he is presented with this certificate of completion.

This certificate is hereby issued this 20th day of February, 2020

E. M. Dariotis, Drug Treatment Specialist

# CERTIFICATE OF ACHIEVEMENT

## AWARDED TO

## COHEN #86067-054

THE ABOVE NAMED HAS BEEN AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING THE CALISTHENICS FITNESS CLASS AT THE FEDERAL BUREAU OF PRISONS FCI OTISVILLE, NEW YORK.



## CALISTHENICS FITNESS



**20 – NOV - 2019**
DATE OF RECOGNITION

RODRIGUEZ RECREATION SPECIALIST

# Certificate of Completion

**Presented To**

## MICHAEL COHEN

*86067-054*

This is to certify the above named individual has successfully completed the
**Victim Impact 5 Week ORIENTATION Workshop**
at the
Federal Correctional Facility Otisville, in Otisville, New York.
on this 27th **day of November, 2019**







E. M. Dariotis
**Drug Treatment Specialist**
**Staff Sponsor**

# *Certificate of Completion*

## The Threshold Program

### *Michael Cohen*

has been recognized for completing this Re-entry course of study and is hereby awarded the certificate of completion.

## March 22, 2020

*Chaplain Davis*

Chaplain Davis, Course Facilitator
FCI Otisville
Otisville, NY

# Certificate of Completion
# OF
# *Positive Mental Attitude*

*Cohen, Michael*
86067-054

In recognition of his participation in the PMA Program – *EFFECTIVE ALTERNATIVES* Program here at FCI Otisville Camp, he is presented with this Certificate of Completion.
This certificate is hereby issued this 23rd day of August, 2019

_____
J. DeLeo, Camp Counselor