UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**MICHAEL D. COHEN,**

                      Petitioner,                  20 **CIVIL** 10833 (JGK)

            -against-                                **JUDGMENT**

**UNITED STATES OF AMERICA;**
**MICHAEL CARVAJAL,** Director of
the Federal Bureau of Prisons,

                      Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 20, 2021, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, they are either moot or without merit. For the reasons explained above, the petition for the writ of habeas corpus is **dismissed.**

**DATED:**  New York, New York
              April 21, 2021

                                                       **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                          **BY:**
                                                           **Deputy Clerk**